1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   JEAN N. RIPLEY
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Jean.Ripley@usdoj.gov

6  *Attorneys for the United States*

7              **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF NEVADA**

9  *IN RE* APPLICATION OF THE            Case No. 2:22-mj-00100-VCF
   UNITED STATES OF AMERICA
10 FOR AN ORDER AUTHORIZING            **GOVERNMENT'S MOTION TO**
   THE INSTALLATION AND USE OF          **UNSEAL CASE**
11 PEN REGISTER AND TRAP AND
   TRACE DEVICE FOR (702) 499-4061
12

13 *IN RE* APPLICATION OF THE            Case No. 2:22-mj-00101-VCF
   UNITED STATES OF AMERICA
14 FOR AN ORDER AUTHORIZING            **GOVERNMENT'S MOTION TO**
   THE INSTALLATION AND USE OF          **UNSEAL CASE**
15 PEN REGISTER AND TRAP AND
   TRACE DEVICE FOR (702) 481-3247
16

17 *IN RE* APPLICATION OF THE            Case No. 2:22-mj-00102-VCF
   UNITED STAATES OF AMERICA
18 FOR AN ORDER AUTHORIZING            **GOVERNMENT'S MOTION TO**
   THE INSTALLATION AND USE OF          **UNSEAL CASE**
19 A PEN REGISTER, TRAP AND
   TRACE DEVICE AND CALLER
20 IDENTIFICATION SERVICE, AND
   AUTHORIZING RELEASE OF
21 SUBSCRIBER INFORMATION,
   CELL SITE INFORMATION AND
22 FOR A GPS TRACKING WARRANT
   ON CELLULAR TELEPHONE
23 NUMBER (702) 499-4061

| | |
|---|---|
| *IN RE* APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR (702) 499-4061 and (702) 481-3247 | Case No. 2:22-mj-00118-VCF **GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America, by and through JASON M. FRIERSON, United States Attorney, and JEAN N. RIPLEY, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases. Specifically, the undersigned requests to unseal these items and all related documents in anticipation of producing the same as discovery to counsel for the defendants in United States v. Pena, 2:22-cr-00086-GMN-DJA.

**DATED** this 10th day of June, 2022.

Respectfully,

JASON M. FRIERSON
United States Attorney

/s/ Jean N. Ripley

_____

JEAN N. RIPLEY
Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| *IN RE* APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR (702) 499-4061 | Case No. 2:22-mj-00100-VCF<br><br>**ORDER TO UNSEAL CASE** |
| *IN RE* APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR (702) 481-3247 | Case No. 2:22-mj-00101-VCF<br><br>**ORDER TO UNSEAL CASE** |
| *IN RE* APPLICATION OF THE UNITED STAATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER (702) 499-4061 | Case No. 2:22-mj-00102-VCF<br><br>**ORDER TO UNSEAL CASE** |

| | |
|---|---|
| *IN RE* APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR (702) 499-4061 and (702) 481-3247 | Case No. 2:22-mj-00118-VCF<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this ___10th___ day of ___June___, 2022.

_____

HONORABLE JUDGE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE